**AFFIRMED; Opinion Filed May 12, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01081-CR

### MONIQUE NESHAE ADLEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F11-63320-H

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Evans

Monique Neshae Adley appeals her conviction for aggravated robbery. In two issues, appellant contends the sentence imposed violates her constitutional rights. We affirm the trial court's judgment.

Appellant pleaded guilty before a jury for aggravated robbery with a deadly weapon, a firearm. *See* TEX. PENAL CODE ANN. § 29.03(a)(2) (West 2011). After finding appellant guilty, the jury assessed punishment at seven years' imprisonment. Appellant contends the seven-year sentence is grossly disproportionate to the offense and inappropriate to the offender, in violation of the United States and Texas Constitutions. Appellant asserts she participated in the robbery

because she was influenced by her male friends who had the firearm. She asserts that because she has two young children and a job awaiting her, she should have been granted probation. The State responds that appellant failed to preserve her complaints for appellate review and alternatively, the sentence cannot be characterized as being grossly disproportionate to the offense.

Appellant did not complain about the sentence either at the time it was imposed or in a motion for new trial. *See* TEX. R. APP. P. 33.1(a)(1); *Castaneda v. State*, 135 S.W.3d at 723. Thus, she has not preserved this issue for appellate review. Moreover, punishment that is assessed within the statutory range for an offense is neither excessive nor unconstitutionally cruel or unusual. *Kirk v. State*, 949 S.W.2d 769, 772 (Tex. App.—Dallas 1997, pet. ref'd); *see also Jackson v. State*, 680 S.W.2d 809, 814 (Tex. Crim. App. 1984). Aggravated robbery is a first-degree felony offense, punishable by imprisonment for five to ninety-nine years or life and an optional fine not to exceed $10,000. *See* TEX. PENAL CODE ANN. § 12.32. Appellant's seven-year sentence is at the bottom end of the statutory range. We conclude the sentence does not violate either the United States or Texas Constitution. We overrule appellant's two issues.

We affirm the trial court's judgment.


/ David Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
121081F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MONIQUE NESHAE ADLEY, Appellant

No. 05-12-01081-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 1 of Dallas County, Texas (Tr.Ct.No.
F11-63320-H).
Opinion delivered by Justice Evans,
Justices Fillmore and Lewis participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 12, 2014.

/ David Evans/
DAVID EVANS
JUSTICE